**427**

Jim WILLIAMS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 1, 1973.

Rehearing Denied Oct. 12, 1973.

William E. Scent, Thomas L. Osborne, Keith, Scent, Kirkham & Walton, Hopkinsville, for appellant.

Ed Hancock, Atty. Gen., M. Curran Clem, Asst. Atty. Gen., Frankfort, Charles Geveden, Geveden & Geveden, Wickliffe, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

COMMONWEALTH of Kentucky, DEPART-MENT OF FINANCE, ex rel. DEPART-MENT OF FISH AND WILDLIFE RE-SOURCES, Appellant,

v.

Nellie Mae PACE and Byrd Pace, her husband, Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

Rehearing Denied Sept. 28, 1973.

G. E. Reams, Harlan, for appellant.

James S. Greene, Jr., Greene & Forester, Harlan, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

COMMONWEALTH of Kentucky, DEPART-MENT OF FINANCE, ex rel. DEPART-MENT OF FISH AND WILDLIFE RE-SOURCES, Appellant,

v.

Steve SKIDMORE and his wife, Mossie Skidmore, Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

Rehearing Denied Sept. 28, 1973.

G. E. Reams, Harlan, for appellant.

James S. Greene, Jr., Greene & Forester, Harlan, for appellees.

Memorandum of the Court by Commissioner CULLEN, Affirming.*

Oberine STANDAFER, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 15, 1973.

Rehearing Denied Sept. 14, 1973.

William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.